**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GINA DURBANO,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

Case No. 17-10231

Hon. Marianne O. Battani

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Gina Durbano brings this action pursuant to 42 U.S.C. § 405(g), challenging the final decision of the Defendant Commissioner denying her application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. § 401 *et seq.,* and supplemental security income under Title XVI of the Act, 42 U.S.C. § 1381 *et seq.* The case was referred to Magistrate Judge Patricia T. Morris pursuant to 28 U.S.C. § 636(b)(1)(B) for review of the Commissioner's decision.

The parties filed cross-motions for summary judgment. In a report and recommendation ("R & R") dated November 2, 2017, the Magistrate Judge recommended that the Court deny Plaintiff's motion for summary judgment, grant Defendant's motion for summary judgment, and affirm the decision of the Defendant Commissioner. The Magistrate Judge also informed the parties that any desired objections to the R & R were to be filed within 14 days of service of the R & R, and that

a party's failure to file objections would constitute a waiver of any further right of appeal. (Dkt. 15, R & R at 32-33.)

Neither party has filed objections to the R & R. Because no objections have been filed, the parties have waived their right to *de novo* review and appeal. Moreover, having reviewed the R & R and the remainder of the record, this Court fully concurs in the Magistrate Judge's analysis and recommended disposition of this case.

Accordingly, the Court **ADOPTS** the Magistrate Judge's November 2, 2017 report and recommendation (Dkt. 15). In accordance with the Magistrate Judge's R & R, the Court **DENIES** Plaintiff's motion for summary judgment (Dkt. 12), **GRANTS** Defendant's motion for summary judgment (Dkt. 14), and **AFFIRMS** the final administrative decision of the Defendant Commissioner of Social Security.

**IT IS SO ORDERED.**

Date: March 21, 2018
                                                  s/Marianne O. Battani
                                                  MARIANNE O. BATTANI
                                                  United States District Judge

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on March 21, 2018.

                                                  s/ Kay Doaks
                                                  Case Manager